JAMES H. THEBEAU, CA Bar No. 128845
Deputy County Counsel
RUTH E. STRINGER, CA Bar No. 103563
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA  92415-0140
Telephone:  (909) 387-4402
Facsimile:   (909) 387-4069
jthebeau@cc.sbcounty.gov

**JS-6**

Attorneys for Defendants, COUNTY OF SAN BERNARDINO; SHERIFF GARY PENROD; and DEPUTY LADUKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIR ROBERT RICH,<br><br>             Plaintiff[s]<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; SAN BERNARDINO County Sheriff GARY PENROD; SAN BERNARDINO County Sheriff's Deputy LADUKE; and SAN BERNARDINO COUNTY Sheriff's Deputies DOES 2, 3, 4 and DOES 5 through 50, inclusive, individually, and in their respective official capacities.<br><br>             Defendant[s] | CASE NO.  EDCV 08-01466 VAP (FMOx)<br><br>ORDER RE: DISMISSAL<br><br>[FRCP Rule 41 (a)(1)(A)(ii)]<br><br>Honorable Judge Virginia A. Phillips |

**ORDER**

Pursuant to the Stipulation between the Parties, it is ordered that this case is dismissed.

Dated: February 23, 2009

*/s/ Virginia A. Phillips*

THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

#21R9946

1